RECEIVED
UNITED STATES MARSHAL

2005 JUL 14 AM 10: 56

NORTHERN DISTRICT OF
CALIFORNIA - OAKLAND

**FILED**

JUL 1 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANNETTE JOYCE GONZALEZ,<br><br>Defendant. | CR No. 4-05-70415 -WDB<br><br>[PROPOSED] O R D E R |

Good cause appearing pursuant to 18 U.S.C. § 4285, IT IS HEREBY ORDERED

THAT the United States Marshal arrange one-way non-custodial air transportation for defendant

Annette Gonzalez so that she may make his required court appearance before the United States

District Court for the District of Guam, on or before July 29, 2005, in connection with the

above-captioned matter.  Alternatively, the United States Marshal may furnish the necessary

fare for Ms. Gonzalez' transportation in lieu of providing such transportation.

DATED: 7-14-05

HON. WAYNE D. BRAZIL

United States Magistrate Judge

cc: WDB's Stats, Copy served to parties by ECF
2 certified copies to Marshal